Name _DARIN LEE JONES_

Prison Number _368043_

Place of confinement _Anchorage Correctional Complex East_

Mailing address _1400 E 4TH AVE_

City, State, Zip _Anchorage, AK 99501_

Telephone

RECEIVED

SEP 1 4 2023

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

_DARIN LEE JONES_,

(Enter full name of plaintiff in this action)

Plaintiff,

vs.

_Department of Corrections,_
_Sgt Blades Co Mack_,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. _3:23-CV-00213-JMK_

(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

_TORT_

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of _DARIN LEE Jones_

(print your name)

who presently resides at _Anchorage Correctional Complex East_,

(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

_Sgt Blades    Co Mack_

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, *E Sgt Blades* is a citizen of
<span style="font-size:smaller">(name)</span>
*Alaska*, and is employed as a *D. O. C.*
<span style="font-size:smaller">(state)</span> <span style="font-size:smaller">(defendant's government position/title)</span>

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, *Co Mack* is a citizen of
<span style="font-size:smaller">(name)</span>
*Alaska*, and is employed as a *D. O. C.*
<span style="font-size:smaller">(state)</span> <span style="font-size:smaller">(defendant's government position/title)</span>

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
<span style="font-size:smaller">(name)</span>
_____, and is employed as a_____.
<span style="font-size:smaller">(state)</span> <span style="font-size:smaller">(defendant's government position/title)</span>

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**\*\*\*REMINDER\*\*\***
**You must exhaust your administrative remedies before your claim can go forward.**
**THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

Claim 1: On or about _____3  28  23_____, my civil right to
                              (Date)
_____Medical care_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc. List **only one** violation.)
was violated by ___Sgt Blades  CO Mack___
                    (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

I Am pron to infections, on or around
this date I was in A med and for
no reason above Sgt told Co mack to
role me up and put me in and my
helper in the hole for no reason at
all in a cell smeared with poo that
resulted in a worsend infection that
was in my leg when moved and I ended
up in the hospital for 7 days and
had to have 3 surgeries to get
rid of the infections.

Claim 2: On or about _____, my civil right to
                              (Date)

_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
                from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
                     (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Claim 3: On or about _____, my civil right to
                        (Date)

_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc.  List **only one** violation.)

was violated by _____
                  (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3.  State what
happened briefly and clearly, in your own words.  Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____Yes _____ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): *PO marnon et al*

b. Name of federal court *District of Alaska* Case number: *3:19-CV-00175 RRB*

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: *I didn't Know how to Amend the claim*

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** _____ Yes _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

Prisoner § 1983 - 7
PS01, Nov. 2013

**AUTHORIZATION**

I, _DAKID LEE Jones_, request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the District of Alaska, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action in accordance with 28 U.S.C. § 1915(b).

_9 4 23_
DATE

_____
SIGNATURE OF APPLICANT

_DARIN LEE Jones_
COMMITTED NAME OF APPLICANT
(Type or Print)

_368045_
INMATE NO.

You *must* include a certified copy of your prison account statement, showing the transactions for the past six months, with this application.

PS10 (12/13)                                                                                          Prisoner Filing Fee

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _2 mil_

2. Punitive damages in the amount of $ _2 mil_

3. An order requiring defendant(s) to _Be ~~the~~ held to accountability_

4. A declaration that _Any harm or abuse due to my harm they are to be held accountable_

5. Other: _____

Plaintiff demands a trial by jury. __✓__ Yes _____ No


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.


Executed at _Anchorage Correctional complex EAST_ on _9 4 23_
                (Location)                              (Date)

_____
            (Plaintiff's Signature)


_____    _____
Original Signature of Attorney (if any)            (Date)


_____

_____

_____
Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013

David Voan 368043
Anchorage Correctional Complex East
1400 East 4th Ave
Anchorage, Ak 99501



LEGAL & CONFIDENTIAL

THIS LETTER WAS
WRITTEN BY
AN INMATE AT AN ALASKA JAIL
PLEASE DO NOT SEND CASH IN
THE MAIL

UNITED STATES DISTRICT COURT
222 W 7th Ave # 4
Anchorage, Ak 99513

THIS LETTER WAS
WRITTEN BY
AN INMATE AT AN ALASKA JAIL
PLEASE DO NOT SEND CASH IN
THE MAIL

LEGAL & CONFIDENTIAL